UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20918-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FRANCIS WASHINGTON,
_____/

### ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Faith Mesnekoff, Esq. for fees and expenses be reduced from $9,9.00.00 to a total of $7,850.00. The Court having reviewed Judge Palermo's R&R, there being no objections filed, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Ms. Mesnekoff be paid **$7,850.00** as fair compensation for her work on this case.

DONE AND ORDERED in Miami, Florida this 6th day of July, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Faith Mesnekoff, Esq.
Lucy Lara, CJA Administrator